IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | Cr. No. <u>05-20240-D</u> |
| vs. | * | |
| TREMAINE G. WILBOURN | * | **FILED IN OPEN COURT** |
| | * | DATE: 2-23-2006 |
| Defendant | | TIME: 10:45 Am |

**PLEA AGREEMENT**       INITIALS: _T.H._

The United States and the defendant, represented by counsel, hereby enter into the following plea agreement:

1. The defendant will pled guilty to the two-count Indictment.

2. The United States will recommend that the defendant receive a three-level reduction in his offense level for acceptance of responsibility provided that the defendant continues to fully accept responsibility.

3. The United States will recommend that the defendant be sentenced at the low end of the sentencing guidelines.

4. This is the entire agreement between the parties.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

_____
TONY R. ARVIN
Assistant United States Attorney

_____
TREMAINE G. WILBOURN
Defendant

_____
APRIL GOODE
Attorney for Defendant