```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Cr. No. <u>05-20240-B</u> |
| | * | |
| TREMAINE WILBOURN, | * | |
| | * | |
| Defendant. | * | |

## POSITION OF THE UNITED STATES
## WITH RESPECT TO SENTENCING FACTORS

Comes now the United States by and through counsel David Kustoff, United States Attorney for the Western District of Tennessee, and notifies the Court of the position of the United States in accordance with § 6A1.2 of the <u>Sentencing Guidelines and Policy Statements</u>.

1. The attorney for the United States has received and reviewed the Presentence Report filed in this case.

2. The United States has no objections to the Pre-sentence Report.

                                            Respectfully submitted,

                                            DAVID KUSTOFF
                                            United States Attorney

                              By:  <u>s/TONY R. ARVIN</u>
                                            TONY R. ARVIN
                                            Assistant United States Attorney
                                            167 N. Main, Room 800
                                            Memphis, TN  38103
                                            (#11392 Tennessee)

**CERTIFICATE OF SERVICE**

    I, Tony R. Arvin, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a true copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to April Goode, Assistant Federal Defender, 200 Jefferson Avenue, Suite 200, Memphis, TN 38120 and Lori Jones, U.S. Probation Officer, Memphis, TN 38103.

    This <u>27th</u> day of <u>April</u>, 2006.

                                        s/TONY R. ARVIN  
                                        TONY R. ARVIN  
                                        Assistant United States Attorney  
                                        167 N. Main, Room 800  
                                        Memphis, TN  38103