IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )   Docket No.:   2:05CR20240-001<br>) |
| TREMAINE G. WILBOURN | )<br>) |
| Defendant. | ) |

**SATISFACTION OF MONETARY JUDGMENT**

On May 25, 2006 defendant, Tremaine G. Wilbourn was ordered to pay a fine and/or restitution in the amount of $2,200.00, as part of the judgment of the United States District Court of the Western District of Tennessee. The judgment for fine and/or restitution has been satisfied.

Dated: February 2, 2015

Respectfully submitted,

EDWARD L. STANTON III
UNITED STATES ATTORNEY

By:   s/ Barbara M. Zoccola
Barbara M. Zoccola (BPR#13020)
Assistant United States Attorney
167 N. Main Street, 8th Floor
Memphis, TN 38103
901-544-4231 Phone
901-544-4304 Fax