PROB 12B
(6/14)

# United States District Court
## for the
## Western District of Tennessee
### Request for Modifying the Conditions or Term of Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tremaine G. Wilbourn  Docket No. 0651 2:05CR20240-01

Name of Sentencing Judicial Officer:   The Honorable Bernice B. Donald, United States District Judge
Re-assigned:   The Honorable Sheryl H. Lipman, United States District Judge

Date of Original Sentence: 05/25/2006    Type of Supervision: Supervised Release

Original Offense: Armed Bank Robbery; Carrying a Firearm During and in Relation to a Crime of Violence    Date Supervision Commenced: 07/01/2014

Original Sentence: Prison – 121 Months; TSR – 36 Months    Date Supervision Expires: 06/30/2017

## PETITIONING THE COURT

☐ To extend the term of supervision for __ years, for a total term of __ years.
☒ To modify the conditions of supervision as follows:

The defendant shall participate in Mental Health Treatment as deemed necessary/directed by the U.S. Probation Office.

## CAUSE

In order for this officer to effectively supervise and monitor this case, a special condition requiring the defendant to participate in mental health treatment as deemed appropriate is needed. Mr. Wilbourn has expressed his willingness to commit to this special condition as indicated by his signature on the attached Waiver of Hearing to Modify Conditions of Supervised Release.

Respectfully submitted,

s/Marnie Klyman
U.S. Probation Officer

Approved:

s/Brenda L. Carpten
Supervising U.S. Probation Officer    Date:  07/07/2015

## THE COURT ORDERS:

☐ No Action.
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

s/Sheryl H. Lipman

Signature of Judicial Officer

Date: July 7, 2015